# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:11-CR-265-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| WENDY GIBSON, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To File Under Seal" (Document No. 38) filed January 26, 2012. Having carefully considered the motion, the record and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Motion to File Under Seal" (Document No. 38) is hereby **GRANTED**. The Clerk shall seal Defendant's Bond Post Plea Motion (Document No. 37) until further order of the Court.

Signed: January 26, 2012

David C. Keesler
United States Magistrate Judge