UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-00265-RJC

| USA, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| WENDY GIBSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the second letter of the defendant pro se for adjustment of her payments in the Inmate Financial Responsibility Program ("IFRP"). (Doc. No. 76).

The Court previously recognized that participation in the IFRP is voluntary and the defendant has the choice of whether to remain in the program, or can challenge its execution through administrative remedies. (Doc. No. 74: Order). The instant letter does not show that the defendant has exhausted her administrative remedies or that the Court has jurisdiction over her request while she remains incarcerated in West Virginia.

**IT IS, THEREFORE, ORDERED**, that the defendant's request to amend IFRP payments (Doc. No. 76) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 26, 2015

Robert J. Conrad, Jr.
United States District Judge